**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GEORGE JARVIS AUSTIN,**<br><br>    Plaintiff,<br><br>  vs.<br><br>**LISA NHU ATLINA,[1] ET AL.,**<br><br>    Defendants. | Case No.: 20-CV-6363-YGR<br><br>**ORDER GRANTING REQUESTS FOR ADDITIONAL TIME TO RESPOND AND TO FILE OMNIBUS RESPONSE**<br><br>Re: Dkt. Nos. 80, 82 |

The Court is in receipt of *pro se* plaintiff's "Motion & Clarification," which he effectively refiled. (Dkt. Nos. 80, 82.) Plaintiff asks the Court: (1) whether defendants are deemed to have been served by the Court; (2) whether he may have until mid to late October to respond to the pending motions in light of his school commitments; and (3) whether he can address the multiple motions in a single response.

First, the Court declines to address the issue of service, which raises a question of law. Second, plaintiff's request for additional time to respond is **GRANTED** as unopposed. The deadline for plaintiff to respond to the motions is **CONTINUED** to **October 29, 2021**. Defendants shall have **seven (7) days** after the filing of the response to file their respective replies (if any). Third, plaintiff is permitted to respond to the motions in a single filing.

The Court advises plaintiff that the District Court has produced a guide for self-represented/*pro se* litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of a case, including

---

[1] In her motion to dismiss, defendant Dr. Lisa Nhu indicates that she was erroneously sued as Lisa Nhu Atlina. (Dkt. No. 61.)

discovery, motions, and trial. It is available electronically online (https://cand.uscourts.gov/wp-content/uploads/2020/02/Pro_Se_Handbook_2020_links.pdf).

The Court also advises plaintiff that assistance is available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis, and will not be able to represent parties in their cases. There is no charge for this service. The Help Center's website is available at https://cand.uscourts.gov/legal-help.

This Order terminates Docket Number 80 and 82.

**IT IS SO ORDERED.**

Date: September 15, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**