UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LISA NHU ATLINA,[1] ET AL.,<br><br>　　　　Defendants. | Case No.: 20-CV-6363-YGR<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO EFFECTUATE SERVICE**<br><br>Re: Dkt. No. 89 |

The Court is in receipt of *pro se* plaintiff's motion to extend the time to effectuate service of process on the remaining defendants. (Dkt. No. 89.) Finding good cause, the Court hereby **GRANTS** the motion. Plaintiff shall have until **December 17, 2021**, to serve the remaining defendants. Plaintiff is advised to follow the Federal Rules of Civil Procedure and this Court's Civil Local Rules regarding service of the complaint.

This Order terminates Docket Number 89.

**IT IS SO ORDERED.**

Date: October 13, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

---

[1] In her motion to dismiss, defendant Dr. Lisa Nhu indicates that she was erroneously sued as Lisa Nhu Atlina. (Dkt. No. 61.)